**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

KAREN M. CONSTANTINE,
ADMINISTRATRIX OF THE ESTATE OF
THOMAS A. CONSTANTINE, DECEASED
AND INDIVIDUALLY AS WIDOW IN HER
OWN RIGHT

        v.

LENOX INSTRUMENT COMPANY, INC.
AND ESTERLINE TECHNOLOGIES
CORPORATION

PETITION OF: LENOX INSTRUMENT
COMPANY, INC.

: No. 55 EM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of January, 2024, the Petition for Permission to Appeal and the Application for Leave to File Reply are DENIED.